# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DEANNA KAE BECKETT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:23-cv-60-JDK |
| § | |
| TRICAM INDUSTRIES, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Deanna Kae Beckett's notice of voluntary dismissal with prejudice (Docket No. 25). Defendant Tricam Industries has indicated that it does not oppose dismissal with prejudice (Docket No. 27). Accordingly, pursuant to Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(2), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **January, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE